Erie Firefighters Local No. 293, Appellant, *v.*
Gardner.

Argued October 2, 1961. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN and ALPERN, JJ.

*Charles K. Moffatt,* for appellant.

*Gerald J. Weber,* City Solicitor, with him *Thomas
S. Mszanowski,* Assistant City Solicitor, for City of
Erie, appellee.

*Alexander F. Barbieri,* for City Firefighters' Asso-
ciation of Philadelphia, Local 22, AFL-CIO, under
Rule 46.

Opinion Per Curiam, March 13, 1962:

Judgment affirmed on opinion of Judge Laub, 26 Pa. D. & C. 2d 327.

Tax Review Board *v.* Hydrocarbon Research, Inc., Appellant.

Argued January 16, 1962.   Before Bell, C. J., Musmanno, Jones, Cohen, Eagen and O'Brien, JJ.

*Joseph W. Marshall, Jr.,* with him *Duane, Morris & Heckscher,* for appellant.